UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICKY LOCKLEAR & SHELINA BARTON,            )<br>           Plaintiffs,            )<br>            )<br>-v-            )<br>            )<br>CHOICE HOTELS INT'L, INC. & CSP, INC.            )<br>D/B/A RODEWAY INN,            )<br>           Defendants.            )<br>_____  ) | No. 1:15-cv-318<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 32), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  June 29, 2016             /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge

1